# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOHN VELTRE, | : | No. 64 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WESTMORELAND COUNTY COURT OF | : | |
| COMMON PLEAS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2019, the Application for Leave to File Original Process and Petition for Writ of Mandamus are DISMISSED.  The Prothonotary is DIRECTED to forward the filings to counsel of record.